# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:24CR00171 |
| vs. | : | |
| MATTHEW CAREY, | : | JUDGE MARBLEY |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND BOND CONDITIONS

Now comes Defendant Matthew Carey, by and through undersigned counsel and respectfully requests that the bond conditions currently in place be amended to remove the location restriction program (GPS monitoring). Defendant has been out on bond since December 3, 2024 and has been substantially compliant with his bond conditions. He is currently employed and completed his mental health and substance abuse evaluations. This modification is also consistent with the bond conditions as originally recommended by Pretrial Services. Assistant United States Attorney Jessica Knight was contacted about this request and she confirmed that the Government does not object to this modification.[1]

---

[1] The Government's consent to Defendant's request was conditioned upon confirmation with Pretrial Services on Defendant's progress. The Government also reserves the right to request re-impose the conditions.

**WHEREFORE,** for the reasons set forth above, Defendant Matthew Carey respectfully requests this Court grant this motion to amend his bond conditions to remove GPS monitoring. All other bond conditions shall remain the same.

                        Respectfully submitted,

                        /s/  Rasheeda Z. Khan
                        Rasheeda Z. Khan (0075054)
                        545 Metro Place South, Suite 435
                        Dublin, Ohio  43017
                        (614) 745-8849 Phone
                        (614) 220-0197 Fax
                        rkhan@petersonconners.com
                        *Attorney for Defendant*
                        *Matthew Carey*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically served upon Jessica Knight, Assistant United States Attorney, Office of the United States Attorney, via the Court's electronic filing system on this 18th day of February, 2025.

                        /s/   Rasheeda Z. Khan