IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:24-cr-171 |
| | : |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : |
| MATTHEW CAREY, | : |
| Defendant. | : |

## ORDER

On February 19, 2025, this Court set a telephonic status conference for March 5, 2025, at 10:00 a.m. to discuss trial scheduling. (ECF No. 22). Finding it no longer necessary, this Court **VACATES** the telephonic status conference, and no appearances are necessary on that date. Trial in this matter remains scheduled for June 2, 2025.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2025