# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cr-171** |
| | : | |
| **v.** | : | **JUDGE MARBLEY** |
| | : | |
| **MATTHEW CAREY,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

This matter is before the Court on Defendant's Unopposed Motion to Amend Protective Order. (ECF No. 25). The Government previously provided materials to the defendant in the course of the discovery process in this case pursuant to a Protective Order issued by this Court, dated December 19, 2024. (ECF No. 16). Paragraph four (4) of the Order, addressing "Sensitive Discovery Materials," set forth restrictions that prohibited Defendant from keeping or maintaining copies of Sensitive Discovery Materials. Defendant requested a modification of the Order to allow him to keep and maintain copies of specified materials currently designated as Sensitive Discovery Materials for purposes of review and preparation for trial. Those specified materials are limited to a recording of Defendant's interview by Internal Affairs and an 8-hour long video recording of Defendant on the date of the incident described in the indictment. The Government does not object to this modification.

**WHEREFORE**, for the reasons set forth in Defendant's motion, the Protective Order is hereby amended to allow the relief requested. All other conditions of the current Protective Order shall remain the same.

**IT IS SO ORDERED.**

DATED:  April 9, 2025

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE