# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:24-cr-171 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| MATTHEW CAREY, | : | |
| Defendant. | : | |

## ORDER

This matter comes before this Court on Defendant Matthew Carey's motion for an extension of time to file objections to the Initial Presentence Report. (ECF No. 34). The Initial Presentence Report was filed on July 21, 2025. (ECF No. 33). Defendant requests additional time to submit and resolve objections. (ECF No. 34). The Government does not oppose.

For good cause shown, the motion is **GRANTED**. (ECF No. 34). Objections are now due on **September 26, 2025**; and the final presentence report is due on **October 17, 2025**.

IT IS SO ORDERED.

*[signature]*

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** August 7, 2025