IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:24-cr-00171 |
| v. | : JUDGE ALGENON L. MARBLEY |
| MATTHEW CAREY, | : |
| Defendant. | : |

### ORDER

This matter comes before this Court on United States counsel Cameron Bell's motion to formally withdraw as an attorney of record pursuant to S.D. Ohio Crim. R. 83.4(a). ECF No. 37. Bell is leaving federal service effective October 4, 2025. *Id.*

For good cause shown, the Motion is **GRANTED**.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2025