**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,                :

              Plaintiff,                :        Case No. 2:24CR171-001

   vs.                :

MATTHEW DYLAN CAREY,                :        JUDGE MARBLEY

            Defendant.                :

---

**SUPPLEMENTAL CHARACTER LETTERS**

---

Now comes Defendant Matthew Dylan Carey and hereby submits the following supplemental character letters for consideration by this Court:

1. Steven Carey, father
2. Sydney Shoaf, wife
3. Tristan Modglin, friend
4. Barb Wright, mother in law
5. Troy Henricksen, friend

Defendant previously submitted eight character letters in his Sentencing Memorandum, ECF No. 47, that were attached as Exhibit H:

1. Tania Carey, mother
2. Steven Carey, brother
3. Richard M. Carey, uncle
4. Carla K. Goody, aunt and godmother
5. Kenney Leo, friend
6. Heidi Leo, Kennedy Leo's mother, friend
7. Christopher Roberson, employer, Journeyman Ironworker Local 172
8. Lyndsey Capehart, close friend

Respectfully submitted,

  /s/  Rasheeda Z. Khan
Rasheeda Z. Khan (0075054)
545 Metro Place South, Suite 435
Dublin, Ohio  43017
(614) 745-8849 Phone
rkhan@peterson-llp.com
*Attorney for Defendant Matthew Dylan Carey*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically served upon Peter Glenn-Applegate, Assistant United States Attorney, Office of the United States Attorney, via the Court's electronic filing system, on this 31st day of January, 2026.

  /s/   Rasheeda Z. Khan

**The Honorable Algenon L. Marbley**
United States District Court
Southern District of Ohio

Dear Judge Marbley,

My name is Steven Matthew Carey, and I am writing on behalf of my oldest son, Matthew "Dylan" Carey, who will soon be before your court for sentencing. In our family he goes by his middle name Dylan, but I will refer to him as Matthew for the sake of this letter. I respectfully ask that you take this letter into consideration when deciding his sentence.

Matthew was a typical child growing up. He went to school, played sports and had lots of friends. He was a well-liked young man who was kind, respectful and stayed out of trouble. When Matthew was 17, he came to me and asked for my permission to enlist in the United States Marine Corps. I felt that was a big step for someone so young, and I encouraged him to consider the Army National Guard instead. He agreed. Rather than playing football in his senior year of high school he spent the summer before attending Basic Training at Fort Leonard Wood in Missouri. He trained to become a medic the following summer after he graduated high school. He ultimately enrolled in the Franklin County Sheriff's Training Academy. He seemed to always have an interest in public service type roles.

Though his career path has since shifted, Matthew continues to work hard and contribute to his community. He is currently rebuilding his professional life as an Ironworker with the local union here in Columbus.  Matthew is married to his high school sweetheart. He has two dogs and lives what most would consider a simple life.

When I first learned of the charges against Matthew, I was completely shocked and devastated. This incident felt entirely out of character for the person I know. Beyond minor traffic violations I personally have no experience with criminal law so the only advice I could give Matthew was trust his attorney, comply and do exactly as the court instructed. He wholeheartedly agreed and to the best of my knowledge, he has done just that. I hope it served his best interest and the best interest of this court.

As for myself, I am a 52-year-old Army National Guard veteran and a former Corrections Officer of the Marion Correctional Facility. I hold an Inside Journeyman Wireman certification from the IBEW Local 683 and currently serve as Chief Building Engineer for an IBM/Kyndryl Data Center in Columbus. I have been married to Matthew's mother for nearly 29 years, and we have built our lives around faith and family. I have been a practicing Catholic all my life. I pray daily for everyone affected by this case, for their healing, their peace, and for their ability to move forward and live full, meaningful lives.

Your Honor, this has had a deep impact on our family, and I humbly ask that you consider showing my son mercy. I know that he is not defined by this one day, and I truly believe he has

the capacity to grow, to contribute positively to society, and to continue learning from this experience. Thank you for your time and for allowing me to share my perspective.

Respectfully,
**Steven Matthew Carey**

Sydney Shoaf
3391 Kingston Avenue
Grove City, Ohio 43123

The Honorable Algenon L. Marbley
United States District Court
Southern District of Ohio

Dear Judge. Marbley,

I am writing this letter on behalf of my husband, Matthew Dylan Carey, whom I have known for 14 years. I met Matthew, who most refer to as Dylan, in 8th grade where we became close friends and then eventually significant others. To say I know Dylan well would be an understatement as Dylan has been apart of my life since I was 13 years of age. I am familiar with the criminal matter for which sentencing is about to be imposed. Within this letter I hope to describe insight into Dylan's character for you to consider when determining a sentence.

During the many wonderful years I have spent with Dylan thus far, I have witnessed his loyalty, compassion, and selflessness. Dylan is a loyal and committed husband, son, brother, and long-time friend. He shows loyalty through his commitment to our long standing marriage and relationship as well as his friendship to others. Dylan shows compassion when it comes to helping others. I recall Dylan and I were watching the local Memorial Day parade from our porch when he noticed fellow Grove City residents who appeared to be lost. Dylan approached them to ask if they needed help or directions. They expressed how they live in Grove City but rely on public transportation and were looking for the nearest bus stop. Dylan attempted to assist them in finding the closest location but it seemed to be over a mile away. It was a hot day so Dylan offered to drive them home instead of sending them on their way. They accepted the offer and were very thankful for his help.  Another trait of Dylan's that I observed is his selflessness. He is always the first to jump in and help when needed. An example of this is when we witnessed a severe car accident one evening on our way home. Without hesitation Dylan pulled off to the side of the road and jumped into action. He was able to assist the driver out of the vehicle that had rolled and sat with him until law enforcement and medics arrived. Although there are several instances of Dylan showing these characteristics, these were a few that stood out to me the most over the years.

At one point in our relationship I noticed Dylan's character had started to change, which was very unusual. This is when I learned of the matter that is bringing Dylan before the court for sentencing. Outside of this matter dylan is outgoing, reliable, and a positive influence on those around him. I strongly believe this incident would not be repeated or is a reflection in any way of who he is as a friend, husband, or person.

Dylan is surrounded by a wonderful support system which consists of his many friends and family members. Dylan has wonderful parents who are very involved in our day to day lives. Dylan graduated from Grove City High School class of 2016. He was involved in many extracurricular activities including football, track and field, and a member of the Distributive Education Clubs of America which helps prepare student for careers in various industries including management and hospitality. After graduating high school Dylan went on to serve our country by joining the Army National Guard with the 811th Engineer Company. He served as a combat medic for 6 years and then was honorably discharged in 2020. After serving in the military, Dylan attended Columbus State Community College while working as an Emergency Room Technician at Mount Carmel East. Dylan later joined the Franklin County Sheriff's Department where he worked for 6 years.

Since committing the offense Dylan has worked extremely hard towards many positive changes in his life. Dylan has began a new career through Local 172, currently employed with Columbus Steel Erectors where he commonly works long hours into overtime. Dylan has enrolled as a student at Cuyahoga Community College continuing his education to heighten his career. He has achieved many new certifications including a certification in welding. Dylan and I spend time volunteering at various community events including assisting veterans through the Columbus Airport during the Honor Flight event. An event that flies senior veterans, primarily from World War II, the Korean War, and the Vietnam War to Washington D.C. to visit their memorials. Dylan has undergone mental health treatment. He regularly attends Narcotics Anonymous meetings. Dylan receives regular counseling. We also attend mass on weekends with family. Dylan has spent each and everyday of this past year working towards a positive and successful life.

I have been employed at Huntington National Bank for 6 years. I have worked in various roles with Huntington ranging from management to operations. I also did some coursework at Columbus State Community College as well as attended Honduras College of Real Estate where I obtained my NMLS license. I also attended Grove City High School graduating in the same class as Dylan. I have been married to Dylan a little over 3 years. Dylan and I understand the seriousness and impact of the matter. I thank you for reading this letter and taking into consideration the information provided about Dylan's character and the impact he has on those he is surrounded by.

With Respect,

Sydney Shoaf

January 27, 2026 United States District Court
Southern District of Ohio

To the Honorable Algenon L. Marbley,

My name is Tristan Modglin, and I am writing this letter on behalf of Dylan Carey, whom I have known since 2013. Dylan and I have been best friends since growing up together, and I have had the opportunity to observe his character consistently over many years and in many different situations.

Dylan is a loyal, caring, hardworking, and dependable person. He has always been someone who puts others before himself and is willing to help anyone in need, whether it is a close friend or someone he barely knows. One example that stands out to me is that when I was struggling mentally and emotionally, Dylan would drive over two and a half hours to Bowling Green, Ohio, simply to be there for me. He did this when others might have only made a phone call. That willingness to physically show up and provide support speaks strongly to the kind of person he is.

In addition, during times when I did not feel safe or comfortable returning home due to family issues, Dylan would welcome me into his home without hesitation. No matter the time or day, he made sure I had a place to stay and could get away from an unhealthy situation. This level of care and responsibility reflects his genuine concern for others and his sense of loyalty.

I am familiar with the circumstances of this case. While I understand the seriousness of the matter before the Court, I believe it is important to share that Dylan is not defined by this situation alone. He is someone who has consistently shown compassion, reliability, and a willingness to help others during difficult times. Based on my long-standing relationship with him, I believe he has the capacity to learn from this experience and continue to grow into a more responsible and productive individual.

Thank you for taking the time to consider my perspective. I respectfully ask that you take into account Dylan's character and the positive role he has played in the lives of those around him when determining an appropriate sentence.

Respectfully,

Tristan Modglin

# Barb Wright attached a document

 Barb Wright (barb.e.w03@gmail.com) has attached the following document:

Please see attached letter on behalf of Dylan. I am Sydney's mom. Feel free to contact me on my cell (614-406-8864) with any questions.

Thank you for all of your help in this matter. I am continuing to pray!

Barb Wright


Untitled document

---

*Snapshot of the item below:*

The Honorable Algenon L. Marbley
United States District Court
Southern District Of Ohio
Dear Honorable Judge Marbley,

My name is Barb Wright and I am writing to you on behalf of my son-in-law, Matthew Dylan Carey (we know him as Dylan). I am writing to you regarding the criminal matter that Dylan is facing. I am aware of this serious matter in which sentencing will be imposed.

I have known Dylan for over 12 years, since he was 15 years old and a freshman in high school. He began dating my daughter Sydney in 2013. Dylan was at our house a lot during those high school years. He would help Sydney with homework, especially math as that seemed to come easy for him. Dylan was a good student, and he motivated Sydney to be a better student, which I appreciated. I remember how thoughtful he was and how well he treated her. He was her first love and still is to this day. Sydney played soccer and she tore her ACL in her junior year of high school and had to have surgery to repair it. She was on crutches for quite a while and I remember I would drop her off at school in the mornings and Dylan would be by the door watching for us. He would come out to my car, help her out and carry her bookbag all day long. I thought that was so sweet for a 17 year old boy, but that was just who he was. Over the years, I have come to know him and his family well, and I consider him a part of our family - he even calls me "Mama."

Dylan is a kind, respectful, and hardworking young man. He served our country honorably in the National Guard, a decision that reflected his desire to do something meaningful and to give back. He was very interested in going into law enforcement during that time. After his National Guard service ended, he began working as a correctional officer for Franklin County as his first step toward that goal. Unfortunately this role brought a great deal of stress and emotional weight that I am not sure anyone could really anticipate or understand until you witnessed the environment for yourself. I remember my daughter sharing how difficult and mentally draining that environment was for him, and how he struggled with severe stress and anxiety because of it. I was totally shocked to learn of his offense as this was completely out of character for him. I truly believe this was a result of the anxiety issues that he was suffering from. I did speak with my daughter at the time about trying to encourage him to discuss this with his superior but it is my belief that Dylan did not want to admit that he needed some help. He has always been strong and never wants anyone to have to help him. Looking back, I wish that he would have reached out to someone and perhaps things would be different today.

Despite the hardships that he has faced, Dylan has always tried to do the right thing. He is not perfect, but he has a good heart and a strong sense of responsibility. I know that he is deeply remorseful for the circumstances that have led him to this point, and I believe he truly wants the opportunity to grow, improve and contribute positively to his family and community. This has taught him valuable but very hard life lessons and after all that he has been through, I know he would never be involved in any type of criminal activity again. This is not who he is.

I respectfully ask the Court to consider leniency in Dylan's sentencing. He is still young, and I believe he deserves a second chance to rebuild his life and continue learning from his mistakes. These last few years have been really stressful for him and my daughter, and truthfully for our entire family, but we will continue to be a strong support system for them as they move forward. I am confident Dylan will make the most of any opportunity given to him to step up and give back.

I wanted to share a little of my background. I am currently employed by JPMorgan Chase Bank as a Design Manager at the Polaris Parkway location

in north Columbus.  I work with product and technology teams to deliver great digital customer experiences.  I have been with the company for 21 years.
Thank you for your time and consideration in this matter.
Respectfully,
Barb Wright

Does this item look suspicious? [Report](#)

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because
barb.e.w03@gmail.com shared a document with you from Google Docs.



The Honorable Algenon L. Marbley
United States District Court
Southern District of Ohio

Your Honor,

My name is Troy Henricksen. I am a third-year law student at Capital University Law School and a law clerk working under attorney Steve Palmer. I am not writing to you in my capacity as a future lawyer, but as someone who has known Mathew Dylan Carey as a brother for more than a decade.

I understand that the Court has been required to see Dylan in the worst moment of his life. But the person you see in this courtroom is not the sum of who Dylan is. He is a veteran, a loyal friend, a loving husband, and someone who has spent his life showing up for others, even when he himself was struggling.

I met Dylan in middle school after he moved to Ohio from Florida. Neither of us had many friends, and we clung to each other quickly. At the time, I was a scrawny kid, and Dylan was already bigger than most kids our age, one of the biggest football players in school. But what stood out to me immediately was not his size; it was his character. He never bullied anyone. He never used his strength to intimidate others. Instead, when he saw kids like me getting picked on, he stepped in and protected them. That was the first time I knew Dylan was a good person.

A few years later, about halfway through high school, Dylan decided to join the military. I looked up to him, and he convinced me that it was something we should do together. We originally planned to become Cavalry Scouts, but when we arrived at MEPS, we learned that Dylan was colorblind and could not qualify. On the spot, we talked it through and decided we would become combat medics with the engineers. He never hesitated or second-guessed the decision. Service was part of who he was, it was in his core to volunteer and serve.

After completing our training, we decided to go to college together. Our goal was to take our experience as enlisted soldiers and eventually become officers, so we could try to make the Army better. Early into college, Dylan made the decision to leave school and take a job with the sheriff's office. True to who he has always been, he chose another path of service. This was the first real separation we had experienced in years. For the first time, we weren't inseparable, and it was hard on both of us.

At first, he worked nights in the jail and pushed through it, trying to stay positive. But over time, something changed. I believe the jail began to consume him. He withdrew from friends and family. He drank more. He slept less. He became isolated and deeply unhappy. This was

the darkest period of Dylan's life, and it took a toll on everyone who loved him—his parents, his wife, and his friends. During this period, the incident we are here for occurred. Watching my best friend hit what I believed was rock bottom was devastating.

When we first confronted him about what happened, he deflected and retreated further into himself. At that point, I felt like I had lost my best friend.

About a year or two later, Dylan left the jail and joined the union with Local 172. That decision changed everything. He stopped drinking. He stopped wasting his life in bars. He spent more time at home with his wife and family. I would sit on the porch with him, and for the first time in years, I saw him smile again. He began talking about goals, about the future, and about the life he wanted to build. This was the Dylan I grew up with. This was the friend I knew.

When I learned of the indictment, my heart sank. It felt like we had just gotten Dylan back, and I was terrified of losing him again, not just through the legal system, but mentally and emotionally. But he kept his head up. When we talked about the incident, I could see how deeply it tore him apart. He was ashamed of his actions, ashamed of who he had become, and devastated by the pain he caused. He carried deep remorse for what he put his wife, his family, and his friends through.

I understand there is a victim in this case who has suffered. I understand that this was a tragic situation that was absolutely preventable. I also understand that Dylan must face punishment for his actions. I am not asking the Court to excuse what happened.

I only ask that you consider the full measure of who Dylan is as a person, the good, the service, the growth, and the man he has worked to become. I ask that this be considered in mercy.

Thank you for taking the time to read this letter.

Respectfully,
Troy Henricksen